JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VALDIVIA, | Case No. EDCV 15-00883-BRO (KES) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| W. MUNIZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: April 1, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE


JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VALDIVIA, | Case No. EDCV 15-00883-BRO (KES) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| W. MUNIZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: April 1, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE